JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AARON MICHAEL UHL, | ) NO. ED CV 18-2384 FMO (PLAx) |
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| NONE SPECIFIED, WARDEN, | ) |
| Defendant. | ) |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 11th day of January, 2019.

/s/
Fernando M. Olguin
United States District Judge